UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FINISH STRONG, LLC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> NIKE, INC ) <br> ) <br> Defendant. ) | Case No. 1:14-cv-00896 <br><br> Honorable Judge Matthew F. Kennelly <br> Honorable Mag. Judge Young B. Kim |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS**
**PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4, Finish Strong LLC, by its attorneys, files the following Notice of Claims Involving Trademarks setting forth the information required by 15 U.S.C. § 1116(c).

**PARTIES:**

Plaintiff:  Finish Strong LLC
  c/o Vanek, Vickers & Masini, P.C.
  55 West Monroe St., Suite 35000
  Chicago, Illinois 60603

Defendant: Nike, Inc.
  c/o Banner & Witcoff, Ltd.
  10 S. Wacker Drive, Suite 3000
  Chicago, Illinois 60606

**TRADEMARK REGISTRATION NUMBER:**

Trademark at Issue -- United States Patent and Trademark Office Registration No. 2,193,411

Dated: April 1, 2014      Respectfully:      VANEK, VICKERS & MASINI, P.C.

/s/ John P. Bjork

Joseph M. Vanek
John P. Bjork
Alexa B. Johnson
VANEK, VICKERS & MASINI, P.C.
55 West Monroe St., Suite 3500
Chicago, Illinois 60603
Telephone: 312-224-1500
Facsimile: 312-224-1510
E-Mail: jvanek@vaneklaw.com
E-Mail: jbjork@vaneklaw.com
E-Mail: ajohnson@vaneklaw.com

Counsel for Plaintiff Finish Strong, LLC

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on April 1, 2014, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

                                                              /s/ John Bjork

                                                                John Bjork