**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FINISH STRONG, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:14-cv-00896 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| NIKE, INC., | ) | Mag. Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**STIPULATED DISMISSAL OF COMPLAINT WITH PREJUDICE
AND OF COUNTERCLAIMS WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Finish Strong, LLC. ("Finish Strong") and Defendant NIKE, Inc. (NIKE") hereby stipulate to the dismissal of Finish Strong's claims against NIKE with prejudice, and to the dismissal of NIKE's counterclaims against Finish Strong without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 17, 2014

| | |
|---|---|
| By: <u>John P. Bjork</u>_____ | By: <u>Michael J. Harris</u>_____ |
| Joseph M. Vanek | Christopher J. Renk |
| John P. Bjork | Erik S. Maurer |
| Alex B. Johnson | Michael J. Harris |
| VANEK, VICKERS & MASINI, P.C. | Sean J. Jungels |
| 55 West Monroe St., Suite 3500 | BANNER & WITFCOFF, LTD. |
| Chicago, IL 60603 | Ten South Wacker Drive, Suite 3000 |
| Tel: (312) 224-1500 | Chicago, IL 60606 |
| Fax: (312) 224-1510 | Tel: (312) 463-5000 |
| Email: jvanek@vaneklaw.com | Fax: (312) 463-5001 |
| jbjork@vaneklaw.com | Email: crenk@bannerwitcoff.com |
| ajohnson@vaneklaw.com | emaurer@bannerwitcoff.com |
| | mharris@bannerwitcoff.com |
| Attorneys for Finish Strong, LLC | sjungels@bannerwitcoff.com |
| | |
| | Attorneys for NIKE, Inc. |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 17, 2014, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John Bjork

John Bjork