**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Finish Strong, LLC

                        Plaintiff,

v.                                            Case No.: 1:14–cv–00896
                                               Honorable Matthew F. Kennelly

Nike, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 6/18/2014 with attorneys for both sides. Pursuant to stipulation, plaintiff's claims are dismissed with prejudice and without costs, and defendant's counter claims are dismissed without prejudice and without costs. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.